**Bobby Lee AMMON, Respondent,**

v.

**Elsie Jean AMMON, Appellant.**

**No. WD 76753.**

Missouri Court of Appeals,
Western District.

July 22, 2014.

Matt Chiasson and Curtis G. Eylar, Kansas City, MO, for respondent.

Joseph D. McGaugh, Carrollton, MO, for appellant.

Before Division Three: GARY D. WITT, Presiding Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

**ORDER**

PER CURIAM:

Elsie Jean Ammon appeals from the judgment of dissolution entered by the Circuit Court of Ray County. In her sole point on appeal, Ammon claims the trial court erred in its division and distribution of marital assets and debts, in its award of maintenance and in its division and distribution of "future medical coverage." For reasons explained in a memorandum pro-

vided to the parties, we affirm. Rule 84.16(b).